FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HUJAZI, | NO. CV 11-9219-ODW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 07-26-_____, 2012.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE